Rakoff, S



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
:
LUPIN ATLANTIS HOLDINGS S.A. and :
ETHYPHARM S.A.,                   :  ECF Case
                    Plaintiffs,   :
                                  :  Case No. 1:11-cv-3628 (JSR)
v.                                :
                                  :
PADDOCK LABORATORIES, LLC,        :
                    Defendants.   :
                                  :
——————————————————— x

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lupin Atlantis Holdings S.A. and Ethypharm S.A. hereby stipulate to dismiss with prejudice their claims against Defendant Paddock Laboratories, LLC, and Paddock stipulates that its counterclaims be dismissed as moot. Each party will bear its own costs, disbursements and attorneys' fees.

Dated: October 31, 2011

_____
Robert Green
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601

*Attorneys for Plaintiff Lupin Atlantis Holdings S.A.*

_____
Brian P. O'Shaughnessy
Buchanan Ingersoll & Rooney
1737 King Street, Suite 500
Alexandria, VA 22314

*Attorneys for Plaintiff Ethypharm S.A.*

SO ORDERED:

CHI:2588014.3

_____
Charles B. Klein
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006

*Attorneys for Defendant Paddock Laboratories, LLC*

**SO ORDERED:**

_____
**U.S.D.J.**
11-3-11